

1  hferreirainf

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 14 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00001** |
| Plaintiff. | **INFORMATION** |
| vs. | **CONVERSION OF FEDERAL PROPERTY** |
| HERBERT A. FERREIRA, | [18 U.S.C. § 641] (Misdemeanor) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about July of 2003, in the District of Guam, the defendant, HERBERT A. FERREIRA, wilfully and knowingly converted to his own use a generator, property of the United States of the value of approximately $900, which said property had come into the possession and

//
//
//
//
//
//

under the care of defendant, HERBERT A. FERREIRA, by virtue of his employment with the United States Postal Service, in violation of Title 18, United States Code, Section 641.

Dated this 13th day of January 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Frederick A. Black*
FREDERICK A. BLACK
Assistant U.S. Attorney

*signature*
RUSSELL C. STODDARD
First Assistant U.S. Attorney