# Magistrate Case #05-00001

## Document #2



## is hereby removed

## and is docketed as Document #6

## pursuant to the Judicial Conference

## Policy on Privacy and

## Public Access Act