

**FILED**

DISTRICT COURT OF GUAM

JAN 1 8 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00001** |
| Plaintiff, | |
| vs. | O R D E R |
| **HERBERT A. FERREIRA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 14, 2005.

Dated this 18th day of January, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM