ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 16 2005
MARY L.M. MORAN
CLERK OF COURT

hferreirapsr

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00001 |
| Plaintiff, | |
| vs. | GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT |
| HERBERT A. FERREIRA, | |
| Defendant. | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 15th day of March 2005.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By: _____
      FREDERICK A. BLACK
      Assistant U.S. Attorney