JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HERBERT A. FERREIRA



**FILED**
DISTRICT COURT OF GUAM
MAR 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG 05-00001 |
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE <br> ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| HERBERT A. FERREIRA, | ) |
| Defendant. | ) |

Defendant, HERBERT A. FERREIRA, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, March 17, 2005.

JOHN T. GORMAN
Attorney for Defendant
HERBERT A. FERREIRA

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on March 17, 2005:

FREDERICK A. BLACK
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

MELINDA N. BRUNSON
U.S. Probation Officer
U.S. Probation Office
2nd Floor, U.S. District Court
Anigua, Guam

DATED: Mongmong, Guam, March 17, 2005.

_____
RENATE DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
HERBERT A. FERREIRA