JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HERBERT A. FERREIRA



**FILED**
DISTRICT COURT OF GUAM

MAR 29 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR MG-05-0001 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING SENTENCING DATE |
| vs. ) | |
| ) | |
| HERBERT A. FERREIRA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION AND ORDER EXTENDING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for April 18, 2005, at 9:15 a.m. be continued for approximately five weeks to the fourth week of May, 2005, or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island from April 15, 2005, to May 2, 2005. Also, counsel for the government will be off-island from May 6, 2005, until May 22, 2005.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 23, 2005.

JOHN T. GORMAN
Attorney for Defendant
HERBERT A. FERREIRA

FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Sentencing Hearing currently scheduled for April 18, 2005, at 9:15 a.m. be continued to __June 2__, 2005, at __9:30__ a.m.:

DATED: Hagatna, Guam, __3/29/2005__.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
MAR 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM