FILED
DISTRICT COURT OF GUAM
JUN -2 2005
MARY L.M. MORAN
CLERK OF COURT
/10

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00001**    **DATE: 06/02/2005**    **TIME: 9:34 a.m.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:34:58 - 10:03:32

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Peredo

************************ **APPEARANCES** ************************

**DEFT: HERBERT A. FERREIRA**    **ATTY: KIM SAVO**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: FREDERICK BLACK**    **AGENT:**

**U.S. PROBATION: MARIA CRUZ**    **U.S. MARSHAL: NONE PRESENT**

**INTERPRETER:** _____    ( ) SWORN    **LANGUAGE:** _____
( ) PREVIOUSLY SWORN

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
   COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE  ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:      Total offense level:  4    Criminal History Category:  I

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) **ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
Requested the Court to impose a sentence of one year probation and no community service.

( X ) **DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**

( X ) **GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
Mr. Black stated that he was concerned that the conditions imposed in the local and federal Court may be burdensome on the Defendant. He also stated that he has no objection to the imposition of two years probation because Defendant is presently on probation in the local court until March 2007. He suggested that any community service imposed be near the proximity of Defendant's home. He further stated that he believes that the Defendant has a serious alcohol problem and would support whatever the system could do to help him since he is a first time offender.

( ) **LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT**

**NOTES/OTHER MATTERS:**

Parties discussed Defendant's DUI case in Superior Court. The Court imposed sentence.

SENTENCE: MG-05-00001                                    DEFENDANT: HERBERT A. FERREIRA

( X )   DEFENDANT SENTENCED TO A TERM OF <u>TWO YEARS PROBATION.</u>

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS AFTER SENTENCING AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. § 3563.

4. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

6. PURSUANT TO U.S.S.G. § 5E1.1(a)(1) AND 18 U.S.C. § 3663, THE DEFENDANT SHALL MAKE RESTITUTION PAYMENTS TO THE U.S. POSTAL SERVICE IN THE AMOUNT OF $900.00, WHICH IS TO BE PAID DURING THE PERIOD OF PROBATION HEREIN. PAYMENTS SHALL BE MADE TO THE U.S. DISTRICT COURT OF GUAM, ATTN: CLERK OF COURT, FOR DISBURSEMENT TO THE VICTIM AT: POSTMASTER, GMF-BARRIGADA, 489 ROUTE 16, BARRIGADA, GUAM 96913-9998.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS.

TIME ENDED: 10:03 A.M.