AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ 21 OCT 2005 1:00 M 01

UNITED STATES OF AMERICA

V.

HERBERT A. FERREIRA

**WARRANT FOR ARREST**

Case Number: M-05-00001

**FILED**
DISTRICT COURT OF GUAM
MAR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HERBERT A. FERREIRA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title __18__ United States Code, Section(s) __3561__

MARILYN B. ALCON
Name of Issuing Officer

_/s/ Marilyn B. Alcon_
Signature of Issuing Officer

10/21/2005        Hagatna, Guam
Date              Location

Title of Issuing Officer

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Supreme Court, Guam

| DATE RECEIVED 10/21/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry USMS CTDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/6/06 | | |

AO 442 (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HERBERT A. FERREIRA

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: