DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00001     DATE: March 7, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge          Law Clerk: None Present
Court Recorder/Courtroom Deputy: Marilyn Alcon
Electronically Recorded - RUN TIME: 1:49:20 - 2:02:59     CSO: L. Ogo

**************************APPEARANCES**************************

DEFT: __HERBERT A. FERREIRA__         ATTY: __ALEXANDER MODABER__
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK          AGENT:

U.S. PROBATION: ROBERT CARREON          U.S. MARSHAL: J. CURRY/V. ROMAN

INTERPRETER: _____  ( ) SWORN    LANGUAGE: _____

PROCEEDINGS:    - INITIAL APPEARANCE
                - ORDER TO SHOW CAUSE WHY PROBATION CONDITIONS SHOULD
                  NOT BE REVOKED

( X ) ALLEGATIONS STATED BY THE COURT
( X ) ARGUMENT BY THE GOVERNMENT
(   ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( X ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
(   ) DEFENDANT DENIES THE ALLEGATIONS
(   ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE HIS CONDITIONS OF PROBATION

(   ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

(   ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( X ) PROBATION CONDITIONS CONTINUED
(   ) PROCEEDINGS CONTINUED TO: _____ at _____
(   ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
      SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Parties stipulated that once the defendant receives his retirement check, he will make payment towards his restitution. The Court warned the defendant to comply with his probation conditions. Defendant released.

Courtroom Deputy: _nba_