# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Herbert A. Ferreira,<br><br>    Defendant. | Case No. 1:05-mj-00001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed March 7, 2006*, on the dates indicated below:

*U.S. Attorney's Office*   *Federal Public Defender*
*March 8, 2006*             *March 8, 2006*            *[enter text here]   [enter text here]*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed March 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 8, 2006                               /s/ Marilyn B. Alcon
                                                              Deputy Clerk